# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

ERNEST RENEY, PAUL RENEY,
PATRICIA JOHNSON, AND ELIZABETH
RENEY

NO.  2020 CW 0106

VERSUS

SHELTON RESTAURANT GROUP D/B/A
POPEYE'S LOUISIANA KITCHEN, AND
INSURANCE PROGRAMS OF AMERICA,
INC.

**APR 2 8 2020**

---

In Re:   Shelton Restaurant Group, LLC and Insurance Programs of
America, Inc., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
683934.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**  As it pertains to the portion of the trial
court's ruling denying the exception of improper venue and
granting the motion for leave to file first supplemental and
amending petition, we deny the writ finding no error.  As to the
portion of the ruling that grants the motion to compel, we deny
the writ and decline to exercise supervisory jurisdiction as the
criteria set forth in **Herlitz Construction Company, Inc. v.
Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981)
(*per curiam*) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT